UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATS OF AMERICA, | : | Case No. 3:12-cr-122, 3:13-cr-20 |
|---|---|---|
| vs. | : | Judge Timothy S. Black |
| DEMETRIUS DUNSON, | : | |
| Defendant. | : | |

**ORDER GRANTING REQUEST FOR SECOND FURLOUGH (Doc. 39)**

This criminal case is before the Court on Defendant's Request for Second and Third Furlough (Doc. 39). Defendant's motion is hereby **GRANTED**.

Mr. Dunson is ordered to be released on furlough from the Butler County Jail on June 3, 2013 at 8:00 a.m. to his girlfriend, Ms. LaTonya Brown. Ms. Brown will transport Mr. Dunson from the Butler County Jail directly to his doctor's appointment scheduled at 11:45 a.m. with George G. Burton, M.D., for a "Sleep Lab New Consultation" and a subsequent appointment for a 2D Echocardiogram scheduled at 1:00 p.m. both set at Kettering Hospital, 3535 Southern Blvd., Kettering, OH 45249, phone number 937-384-4510.

At the conclusion of the appointments, Ms. Brown will transport Mr. Dunson directly back to the Butler County Jail, to return no later than 5:00 p.m. on June 3, 2013.

The United States Marshal shall ensure that the Butler County Jail is made aware of this Order. The Clerk shall provide certified copies of this Order to Defendant's counsel for Ms. Brown to produce at the Butler County Jail at time she is to pick up the Defendant.

**IT IS SO ORDERED.**

Date: 5/20/13

Timothy S. Black
United States District Judge